**Philip S. BOZA, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7126.

United States Court of Appeals, Federal Circuit.

May 13, 2013.

Zachary Stolz, Chisholm Chisholm & Kilpatrick, of Providence, RI, argued for claimant-appellant. On the brief was

Theodore C. Jarvi, Law Offices of Theodore C. Jarvi, of Tempe, AZ.

Elizabeth M. Hosford, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Todd Hughes, Deputy Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Joshua P. Mayer, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Cleveland Karren, Attorney.

PROST, MAYER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.